UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISA MAYS, *et al.*,

    Plaintiffs,

v

GOVERNOR RICK SNYDER, in his official capacity, *et al.*,

    Defendants.

Case No. 15-cv-14002

HON. JOHN CORBETT O'MEARA

---

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

This matter having come before the Court upon the motion of Richard Kuhl, Margaret A. Bettenhausen, and Nathan Gambill, Assistant Attorneys General, Michigan Department of Attorney General to withdraw as counsel for Defendants Daniel Wyant, Liane Shekter Smith, Adam Rosenthal, Stephen Busch, Patrick Cook, Michael Prysby, and Bradley Wurfel (MDEQ Defendants), the Court having reviewed the motion and other supporting documentation, and having been advised by Plaintiffs that they do not oppose the motion, and after due deliberation and sufficient cause;

IT IS HEREBY ORDERED THAT:

1. The motion is GRANTED as provided herein.

2. Assistant Attorneys General Richard Kuhl, Margaret A. Bettenhausen, and Nathan Gambill shall withdraw as counsel for Defendants Daniel Wyant, Liane Shekter Smith, Adam Rosenthal, Stephen Busch, Patrick Cook, Michael Prysby, and Bradley Wurfel.

3. Assistant Attorneys General Richard Kuhl, Margaret A. Bettenhausen, and Nathan Gambill may continue representing Defendants Governor Rick Snyder and the State of Michigan, contingent on obtaining conflict of interest waivers from each of the individual MDEQ Defendants.

4. Assistant Attorneys General Kuhl, Bettenhausen, and Gambill will promptly pursue conflict of interest waivers from each of the individual MDEQ Defendants, and notify the Court and all parties when conflict of interest waivers have been executed.

Date: February 11, 2016           s/John Corbett O'Meara
                                  United States District Judge

I hereby certify that on February 11, 2016 a copy of this order was served upon counsel of record using the ECF system.

s/William Barkholz
Case Manager
