UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISA MAYS, individually and as next friend of three minor children, Michael mays, Jacqueline Pemberton, Keith John Pemberton, Elnora Carthan, and Rhonda Kelso, individually and as next friend of one minor child, all on behalf of themselves and a class of all others similarly situated,

      Plaintiffs,

v.

RICK SNYDER, Governor, in his official capacity, STATE OF MICHIGAN, for prospective relief only; DANIEL WYANT, LIANE SHEKTER SMITH, ADAM ROSENTHAL, STEPHEN BUSCH, PATRICK COOK MICHAEL PRYSBY, BRADLEY WURFEL all in their individual capacities; DARNELL EARLEY, GERALD AMBROSE, DAYNE WALLING, HOWARD CROFT, MICHAEL GLASGOW and DAUGHERTY JOHNSON in their individual and official capacities, and the CITY OF FLINT, a municipal corporation, jointly and severally,

      Defendants.
_____/

Case No.: 5:15-cv-14002
Hon. John Corbett O'Meara
Magistrate Judge Mona K. Mazjoub

1

## APPEARANCE

**PLEASE TAKE NOTICE** that Michael J. Pattwell, of Clark Hill PLC, has this day entered his appearance as counsel on behalf of Defendants, Daniel Wyant and Bradley Wurfel, in the above-referenced matter.

                Respectfully submitted,

                CLARK HILL PLC

March 31, 2016          By:  /s/ Michael J. Pattwell

                Michael J. Pattwell (P72419)
                CLARK HILL PLC
                212 E. Grand River Ave.
                Lansing, MI  48906
                Telephone: (517) 318-3043
                mpattwell@clarkhill.com
                Attorney for Defendants Daniel Wyant and Bradley Wurfel

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2016, I caused electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all properly registered counsel.

      Respectfully submitted,

      CLARK HILL PLC

      By:  /s/ Michael J. Pattwell
           Michael J. Pattwell (P72419)
           CLARK HILL PLC
           212 E. Grand River Ave.
           Lansing, MI  48906
           Telephone: (517) 318-3043
           mpattwell@clarkhill.com
           Attorney for Defendants Daniel Wyant and Bradley Wurfel