UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA MAYS, et al.

        Plaintiffs,

v.

GOVERNOR RICK SNYDER, et al.

        Defendants.

Case No. 5:15-cv-14002-JCO-MKM
Hon. John Corbett O'Meara
Mag. Judge Mona K. Majzoub

_____/

## APPEARANCE

To:   Clerk of the Court
       United States District Court,
       Eastern District of Michigan
       211 West Fort Street
       Detroit, Michigan 48226

PLEASE ENTER the Appearance of Jay M. Berger of the law firm Clark Hill PLC as counsel for Bradley Wurfel and Daniel Wyant in the instant case.

                      Respectfully submitted,

                      CLARK HILL PLC

                      By:   s/Jay M. Berger
                             Michael Pattwell (P72419)
                             Jay M. Berger (P57663)
                             500 Woodward Avenue, Suite 3500
                             Detroit, Michigan 48226-3435
                             (313) 965-8300
                             jberger@clarkhill.com
                             Counsel for Bradley Wurfel and
Dated:  April 4, 2016             Daniel Wyant

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all of the parties of record.

Respectfully submitted,

CLARK HILL PLC

By:   s/Jay M. Berger
      Michael Pattwell (P72419)
      Jay M. Berger (P57663)
      500 Woodward Avenue, Suite 3500
      Detroit, Michigan 48226-3435
      (313) 965-8300
      jberger@clarkhill.com
      Counsel for Bradley Wurfel and
Dated: April 4, 2016       Daniel Wyant