UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MELISSA MAYS, *et al.*,

    Plaintiffs,

V

GOVERNOR RICK SNYDER, *et al.*,

    Defendants.

No:5:15-CV-14002-JCO

Hon. John Corbett O'Meara

---

## APPEARANCE

    PLEASE TAKE NOTICE that Charles E. Barbieri, of Foster Swift Collins & Smith, PC, hereby enter their appearance as counsel for Defendants Patrick Cook, Michael Prysby, and Adam Rosenthal.

    Respectfully Submitted,

Dated: April 5, 2016

**FOSTER SWIFT COLLINS & SMITH PC**

By: /s/Charles E. Barbieri
Charles E. Barbieri (P31793)
Attorneys for Patrick Cook, Michael Prysby,
and Adam Rosenthal
313 S. Washington Sq.
Lansing, Michigan 48933
(517) 371-8155
cbarbieri@fosterswift.com

32972:00001:2610230-1

1