UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISA MAYS, *et al.*,

    Plaintiffs,

v

GOVERNOR RICK SNYDER, in his official capacity, *et al.*,

    Defendants.

No. 5:15-cv-14002-JCO-MKM

HON. JOHN CORBETT O'MEARA

MAG. MONA K. MAJZOUB

_____/

**NOTICE OF RECEIPT OF CONFLICT WAIVERS**

Pursuant to this Court's February 11, 2016 order on motion to withdraw as counsel (Dkt. 35, ¶ 4), Assistant Attorneys General, Richard Kuhl, Margaret Bettenhausen, and Nathan Gambill notify this Court and all parties of their receipt of executed conflict waivers from each of the individual MDEQ Defendants: Daniel Wyant, Liane

Shekter Smith, Adam Rosenthal, Stephen Busch, Patrick Cook, Michael Prysby, and Bradley Wurfel.

    Respectfully submitted,

    /s/ Richard S. Kuhl
    Richard S. Kuhl (P42042)
    Margaret A. Bettenhausen (P75046)
    Nate Gambill (P75506)
    Megen E. Miller (P78901)
    Assistant Attorneys General
    Attorneys for State Defendants
    Environment, Natural Resources, and Agriculture Division
    P.O. Box 30755
    Lansing, MI 48909
    (517) 373-7540
    kuhlr@michigan.gov
    bettenhausenm@michigan.gov
    gambilln@michigan.gov
    millerm59@michigan.gov

Dated: April 12, 2016

# CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2016, I caused to be electronically filed the notice of receipt of conflict waiver, which will send notifications of such filing to counsel of record.

Respectfully Submitted,

/s/ Richard S. Kuhl
Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan Gambill (P75506)
Megen E. Miller (P78901)
Attorneys for Defendants State of Michigan and Governor Snyder
ENRA Division
525 Ottawa St., P.O. Box 30755
Lansing, MI  48909
Phone: (517) 373-7540
Fax:  (517) 373-1610
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
millerm59@michigan.gov

S:\CEPB3\ENRA_FlintWater\USDC-Mays (AG# 2015-0125368-A)\Pleadings\Drafts (Word Versions)\ Notice of Receipt of Conflict Waiver 2016-04-12