# INDEX OF EXHIBITS

1. Exhibit A    LAN Report

2. Exhibit B    E-mail from Tinka Hyde of USEPA to Liane Shekter Smith dated June 30, 2015 & E-mail from Brad Wurfel of MDEQ to Stephen Busch of MDEQ dated July 9, 2015

3. Exhibit C    E-mail from Stephen Busch of MDEQ to James Henry of Genesee County Health Department dated March 13, 2015

4. Exhibit D    *Rhodes v. R&L Carriers, Inc.*, 491 F. App'x 579, 582 (6th Cir. 2012)

5. Exhibit E    *Mangan v. Brierre*, 257 Fed. Appx. 525 (3d Cir. 2007)

6. Exhibit F    E-mail from Stephen Busch of MDEQ to Jennifer Crooks of USEPA dated February 27, 2015

7. Exhibit G    *Rodwell v. Cleveland*, Case No. 08-11437, 2010 U.S. Dist. Lexis 33051, at *23 (E.D. Mich. April 5, 2010)

8. Exhibit H    *Bailey v. Michigan Dept. of Corrections*, No. 1:11-cv-1170, 2012 U.S. Dist. LEXIS 12777 at *2 (W.D. Mich. 2012)

9. Exhibit I    *Willis v. Charter Twp. Of Emmett*, 360 Fed. Appx. 596; Case No. 08-2100, 2010 U.S. App. Lexis 194 (6th Cir January 5, 2010)

10. Exhibit J    *Pung v Mich. Dep't of Corr.*, 2015 US Dist Lexis 40039 at *21(W.D. Mich. March 30, 2015)

11. Exhibit K    *Boler, et al. v. Earley, et al.*, Case No. 16-10323, Dkt. No. 56, PageID 1217-1224, filed April 19, 2016

32972:00001:2748531-1