## INDEX OF EXHIBITS

A. October 9, 2016 Declaration of Bryan Edelman with Appendices.

B. Appendix Summarizing Prejudicial Coverage of the Flint Water Crisis.

C. Transcript of Attorney Michal Pitt's September 20, 2016 Interview with *Michigan Radio.*

D. List of the *Detroit Free Press's* Flint Water Articles from April 24, 2014 to September 26, 2016.

E. List of the *Flint Journal's* Flint Water Articles from April 24, 2014 to September 26, 2016.

F. List of the *Detroit News'* Flint Water Articles from April 24, 2014 to September 26, 2016.

G. Archive of the 718 *Detroit Free Press* Articles.

H. List of the *Kalamazoo Gazette's* Flint Water Articles from April 24, 2014 to September 26, 2016.

I. List of the *Traverse City Record Eagle's* Flint Water Articles from April 24, 2014 to September 26, 2016.

J. Archive of the *Grand Rapids Press's* Flint Water Articles from January 29, 2015 to September 26, 2016.

K. Flint Water Advisory Task Force March 2016 Final Report.

L. *Barnes v. Century Aluminum Co.,* 2013 U.S. Dist. LEXIS 66054 (D.V.I. May 9, 2013) (unpublished).

M. *United States v. Sablan*, 2014 U.S. Dist. LEXIS 175682 (E.D. Cal. Dec. 19, 2014) (unpublished).

N. *United State v. Maad,* 75 Fed. Appx. 599 (9th Cir. 2003) (unpublished).

O. *United States v. Lawson*, 2009 U.S. Dist. LEXIS 16032 (E.D. Ky. Mar. 2, 2009) (unpublished).

P. *Victaulic Co. v. E. Indus. Supplies, Inc.,* 2013 U.S. Dist. LEXIS 172021 (D.S.C. Dec. 6, 2013) (unpublished).

Q. *West Am. Ins. Co. v. Potts*, 1990 U.S. App. LEXIS 12513 (6th Cir. July 25, 1990) (unpublished).

R. *Dakota Hotel Ventures, LLC v. David Baumann-Architect, Ltd.,* 2016 U.S. Dist. LEXIS 26497 (D.S.D. Mar. 2, 2016) (unpublished).