UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA MAYS, et al.,
       Plaintiffs,    Case No. 5:15-cv-14002-JCO-MKM

v.    Judge John Corbett O'Meara

RICK SNYDER, et al.,    Mag. Judge Mona K. Majzoub

       Defendants.    CLASS ACTION
_____/

## INDEX OF EXHIBITS FOR REPLY TO PLAINTIFFS' BRIEF IN OPPOSITION TO MDEQ DEFENDANTS' MOTION FOR CHANGE OF VENUE

**Exhibit A**: LexisNexis Search Results for Oklahoma City, Oklahoma

**Exhibit B**: LexisNexis Search Results for Lincoln, Nebraska

**Exhibit C**: LexisNexis Search Results for Salt Lake City, Utah

**Exhibit D**: LexisNexis Search Results for Des Moines, Iowa

**Exhibit E**: LexisNexis Search Results for San Antonio, Texas

**Exhibit F**: *U.S. v. Sablan*, 2014 U.S. Dist. LEXIS 175682 (E.D. Cal. 2014)